**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

Willie Ard; Oswald Arellano; Kimberly Barnett; Richard Boyd; Kevin Braend; Charles Burrow; George Bush; Kevin Chedville; Michael Christman; Samuel Cilli; Anthony Cioffi; William Clark; Evie Code; Victor Coleman; Howard Cooper; Patrick Costello; Maverick Crowder; George Diakostavrianos; Charles Donaldson; Robby Dupree; Steve Edwards; James Fraley; Scott Furman; Dennis Gose; James Guest; Chad Hannagan; Demorris Harper; Richard Harrington; George Harrison; Terry Henning; Walter Herrod; Samuel Hiott; Lance Huggins; William Hutchinson; Jerome Jenkins; Joseph Jenkins; John Kennedy; John Kessler; Johnny Kinder; Leland Lacewell; Joseph MacDonald; Ellery Massey; Michael Masterson; Robert McAllister; Philip McCartin; Ronnie McKelvey; Reginald McLain; Jerry McLoud; Daniel Moore; David Moree; John Mosca; Allan Muscovitz; Jerome Myers; David Nelson; Travers Nembhard; Paul Newton; David Olp; Robert Olson; Randy Overing; William Parry; Dennis Pate; Dale Peralez; Earl Pitts; Jack Pope; Gerald Porter; Patrick Pulliam; Robert Rickard; Billy Roby; Charles Rowcliffe; Richard Salo, Sr.; Edward Savage; Terry Seidell; Ronnie Smith; Byron Spickard; Douglas Stevenson; James Stroble, Jr.; Charles Subecz; Wayne Sylvester; David Tourville; Steve Tyler; John Valenti; Robert Walker; Terrance Walker; Glenn Wallace; Bobby Walley; David Wash; Brian Welsch; Carl Wilson; John Wood;

Civ. No. 1:22-cv-01093 UNA

**JURY TRIAL DEMANDED**

Robert Woods,

Plaintiffs,

v.

GlaxoSmithKline, LLC; Pfizer Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.; Boehringer Ingelheim USA Corporation; Sanofi-Aventis U.S. LLC; Sanofi U.S. Services, Inc.; AND Patheon Manufacturing Services, Inc.,

Defendants.

**NOTICE OF APPEARANCE OF COLLEEN D. SHIELDS**

PLEASE ENTER the appearance of Colleen D. Shields, Esquire of Eckert Seamans Cherin & Mellott, LLC, as counsel for Defendant GlaxoSmithKline, LLC. in the above-captioned matter. Defendant does not waive any jurisdictional, process, or service of process defenses.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*/s/ Colleen D. Shields*
Colleen D. Shields, Esq. (#3138)
222 Delaware Ave., Suite 700
Wilmington, DE 19801
T: 302-574-7400; F: 302-574-7401
cshields@eckertseamans.com
*Attorney for Defendant, GlaxoSmithKline, LLC*

Dated: August 22, 2022